# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CONNIE FRANCES GULLY**                                              **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.: 4:18-cv-251-MPM-JMV**

**QUALITY RESTAURANT CONCEPTS, LLC**                          **DEFENDANT**

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

**IT APPEARING** to the Court that the things and matters in controversy in this case have been compromised and settled and that this case may be dismissed with prejudice; it is, therefore,

**ORDERED, ADJUDGED AND DECREED** that this cause be, and is hereby, dismissed with prejudice.

**SO ORDERED,** this the 7th day of February, 2020.

/s/ Jane M. Virden
**U.S. MAGISTRATE JUDGE**

**APPROVED AS TO FORM:**

**LANCASTERI TAYLOR, PLLC**

By: *Alan D. Lancaster*
     Alan D. Lancaster (MSB # 1792)
     Attorneys for Plaintiff
     P. 0. Box 645
     Winona, MS  38967
     (662) 283-2132
     dlancaster@lancastertaylor.com

**BARZE TAYLOR NOLES LOWTHER,  LLC**

By: *Mary Emily Monroe*
     Mary Emily Monroe (MSB #102702)
     Attorney for Defendants
     2204 Lakeshore Drive, Suite 330
     Birmingham, AL 35209
     (205) 872-1032
     mmonroe@btnllaw.com